# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLERY ALLEN,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>PEOPLE OF CALIFORNIA,<br><br>　　　　　　　　　　Respondent. | Case No.: 3:21-cv-1658-MMA (JLB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Hillery Allen ("Petitioner"), a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. *See* Doc. No. 1. Petitioner has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. *See id*. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* S.D. Cal. Civ. L.R. 3.2(f). To have this case reopened, Petitioner must submit, **no later than November 22, 2021,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. For Petitioner's convenience, the Clerk of Court shall send a

/ / /

/ / /

/ / /

1  / / /

2  blank Southern District of California In Forma Pauperis Application to Petitioner along
3  with a copy of this Order.

4  **IT IS SO ORDERED.**

5  Dated: September 24, 2021

6  _____
   Michael M. Anello
7  United States District Judge